ORIGINAL

| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | ANDREW G. SCHOPLER<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 236585<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5836 / (619) 235-2757 (Fax)<br>Email: Andrew.Schopler@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _PDV_ DEPUTY

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

UNITED STATES OF AMERICA,  )   Magistrate No. _____
                           )
            Plaintiff,     )
                           )
      v.                   )   **MOTION AND ORDER TO FILE**
                           )   **COMPLAINT UNDER SEAL AND**
LEE VAUGHN WALKER (1),     )   **ORDER THEREON**
      aka "Lee Dog",       )
MELVIN ALEXANDER (2),      )
JOSE GALVAN RICO (3),      )
      aka "Mija",          )
ELEODORO CASTILLO (4),     )
      aka "Onko",          )
DAPHNE ROSALINDA JACKSON (5), )
      aka Daphne R. Rae,   )
BERNAL ANTHONY MITCHELL (6),)
      aka "Tony",          )
ALLEN MATTHEW BAKER Jr. (7),)
      aka "J.R.", aka Tracy Reyard Diggs, )
      aka Marcus Johnson,  )
MICHAEL DWAYNE TRYALS (8), )
      aka "Texas Mike", aka Michael Tryls,)
      aka Dave Brooks, aka Leon Howard )
      Blair, aka Earl David Hollis, )
BOBBY SHAWN LOCKHART (9),  )
      aka "Blue",          )
ALEXANDER WEIR IV (10),    )
      aka "Brick",         )
ALEXANDER WEIR V (11),     )
      aka "Lil' Brick",    )
FELIPE MEDINA (12),        )
MELVIN ANDRE BIBBS (13),   )
MARK EDWARD RUNNELS (14),  )
      aka "Marky Mark",    )
                           )
            Defendants.    )
_____)

1    The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and
2 ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for
3 an Order sealing the complaint in the above-captioned matter until further notice.

4    DATED: January 15, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler

ANDREW G. SCHOPLER
Assistant U.S. Attorney