ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Michael Dwayne TRYALS, aka Texas Mike,
aka Michael Tryls, aka Dave Brooks, aka
Leon Howard Blair, aka Earl David Hollis

UNSEALED 1/16/08   #1437128   55608-098

**ORDERED SEALED BY COURT**

Magistrate Case No.   '08 MJ 0132

**WARRANT FOR ARREST**

BY: PDV   DEPUTY

WARRANT ISSUED ON THE BASIS OF:

__Failure to Appear   __Order of Court
__Indictment            __Information
X  Complaint

TO:

Any U.S. Marshal or other
authorized officer

NAME AND ADDRESS OF PERSON TO
BE ARRESTED:

Michael Dwayne TRYALS, aka Texas Mike,
aka Michael Tryls, aka Dave Brooks, aka
Leon Howard Blair, aka Earl David Hollis
4147 43rd St., #A, San Diego, California

DISTRICT OF ARREST:
SOUTHERN DISTRICT OF CALIFORNIA

CITY OF ARREST:

RECEIVED 2008 JAN 16 P 4:12
U.S. MARSHAL DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest the above-named person and
bring that person before the United States District Court to
answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

ARRESTED BY: STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: 1/16/08

Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine (Ct. 1)

IN VIOLATION OF   UNITED STATES CODE TITLE   SECTION(S)
                  21                         841, 846

BAIL   To Be Set in Court      OTHER CONDITIONS OF RELEASE

ORDERED BY   **NITA L. STORMES**   DATE ORDERED
             **U.S. MAGISTRATE JUDGE**   1-15-08

CLERK OF COURT/U.S. MAGISTRATE JUDGE   BY   DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

DATE RECEIVED   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE

DATE EXECUTED

Note: The arresting officer is directed to serve the attached copy of the
      charge on the defendant at the time this warrant is executed.

FBI  3530